7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Gary NMI Mims and Alethea S Mims
*Debtor*

*Bankruptcy Case No.*
15–43689–can7

**State of Kansas Department of Labor**
    Plaintiff(s)

*Adversary Case No.*
16–04032–can

v.

**Gary NMI Mims**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the described unemployment insurance benefit indebtedness owed by Defendant Mims to KDoL in the amount of $745.00, which is subject to statutory penalties in the amount of $249.00 and interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $233.73 as of the filing of the lead bankruptcy matter herein, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 727. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Mims.

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 6/6/16

Court to serve